# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REAPPOINTMENT TO MINOR     :     NO. 389
                                                          :
COURT RULES COMMITTEE                 :     MAGISTERIAL DOCKET


## O R D E R


**PER CURIAM:**


AND NOW, this 20th day of July, 2015, Magisterial District Judge Jerry G. Cartwright, Jr., Lawrence County, is hereby reappointed as a member of the Minor Court Rules Committee for a term of three years commencing September 6, 2015.